United States District Court
Eastern District of Michigan
Southern Division

In re: Search/Seizure Warrant

Case No. 17-mc-51664
Honorable Robert H. Cleland

## Stipulated Order Finding Petitioner's Motions to Unseal Moot And Authorizing United States to Release Redacted Search Warrant Affidavits

The parties, by and through undersigned counsel, respectfully submit this Stipulated Order asking the court to: 1) find Petitioner's Motions to Unseal Moot and 2) to authorize the United States to release redacted search warrant affidavits to Petitioner. In support of this Stipulated Order, the parties state as follows:

1. The Petitioner filed motions to unseal the search warrant affidavits filed on this docket.

2. The United States and Petitioner agree that the Petitioner should receive the search warrant affidavits with information provided by confidential informants, if any, redacted.

3. The parties agree that the search warrant affidavits filed under this docket should remain sealed on the public docket until further order of this court.

**IT IS SO ORDERED.**

Dated: March 3, 2020

S/Robert H. Cleland
Robert H. Cleland
United States District Judge


**SO STIPULATED:**

Matthew Schneider
United States Attorney


| | |
|---|---|
| s/Philip A. Ross | s/Steven M. Vitale (w/consent) |
| Philip A. Ross | Steven M. Vitale |
| Assistant United States Attorney | Counsel for Daniel Moreno |
| 211 West Fort Street | 363 West Big Beaver Road Suite 250 |
| Detroit, MI 48226 | Troy, Michigan 48084 |
| Phone: (313) 226-9790 | Phone: (248) 430-8000 |
| Philip.Ross@usdoj.gov | Steve@vitalelawfirm.Com |
| (Va. State Bar # 70269) | (P-45601) |

Date: February 28, 2020